THE STATE OF OHIO, APPELLANT, *v*. HALL, APPELLEE.

[Cite as *State v. Hall,* 126 Ohio St.3d 55, 2010-Ohio-2696.]

(No. 2009–2149—Submitted May 12, 2010—Decided June 17, 2010.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Massien*, 125 Ohio St.3d 204, 2010-Ohio-1864, 926 N.E.2d 1282.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Johnna M. Shia, Assistant Prosecuting Attorney, for appellant.

George A. Katchmer, for appellee.